**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Linda Wilhelm                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-12025 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Mortgage Assets Management, LLC and index same on the master mailing list.

                                               Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
11 Apr 2022, 10:44:28, EDT

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322