United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12025-elf |
| Linda Wilhelm | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Wilhelm, 8836 Roosevelt Blvd, Philadelphia, PA 19115-5003 |
| 14626432 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14624063 | + | Keystone Eye, 9126 Blue Grass Road, Philadelphia, PA 19114-3202 |
| 14624064 | + | Mercy Physician Practice Network, c/o Academic Emerg Physicians - Mercy He, PO Box 827294, Philadelphia, PA 19182-7294 |
| 14626473 | + | PHH Mortgage Corporation, c/o Andrew Spivack, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14626089 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 07 2022 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 07 2022 00:20:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, NJ 08054-4624 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 00:19:56 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14624060 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 07 2022 00:20:07 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14624062 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 07 2022 00:20:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14626988 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 00:19:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14626728 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 07 2022 00:19:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14637798 | + | Email/Text: bankruptcy@sccompanies.com | Dec 07 2022 00:20:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14683336 | ^ | MEBN | Dec 07 2022 00:14:04 | Mortgage Assets Mgmt LLC, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14624065 | + | Email/PDF: pa_dc_claims@navient.com | Dec 07 2022 00:19:55 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14626784 | | Email/PDF: pa_dc_ed@navient.com | Dec 07 2022 00:19:56 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14624067 | | Email/Text: bankruptcies@penncredit.com | Dec 07 2022 00:20:00 | PennCredit, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 14632426 | | Email/Text: BKEBN-Notifications@ocwen.com | Dec 07 2022 00:20:00 | PHH Mortgage, Attn: Bankruptcy Department, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14626433 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 07 2022 00:20:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14624068 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 07 2022 00:20:00 | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14624070 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 00:19:56 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14632344 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 00:20:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14629180 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2022 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14624069 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 00:19:56 | Portfolio Recovery & Affiliates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 14624071 | ^ | MEBN | Dec 07 2022 00:13:55 | Unifin, PO Box 4519, Skokie, IL 60076-4519 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14624061 | | Deborah Campbell |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 14624066 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2022           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PHH Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Linda Wilhelm brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 26 |

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Mortgage Assets Management  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PHH Mortgage Corporation bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
    on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
LINDA WILHELM

Chapter 13

Debtor

Bankruptcy No. 21-12025-ELF

# ORDER

AND NOW, this __6th__ day of __December__, 2022, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA 19107

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK AND COOPER LAW FIRM  
1500 JFK BLVD., SUITE 220  
PHILADELPHIA, PA 19102-

Debtor:  
LINDA WILHELM

8836 ROOSEVELT BLVD

PHILADELPHIA, PA 19115-